UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JONATHAN ÁLVAREZ VEGA** on behalf of his minor child, E.A.L.<br><br>    Plaintiff,<br><br>v.<br><br>**EVERTEC GROUP LLC**, et als<br><br>    Defendant. | 3:15-cv-02263-JAG<br><br>Jury Trial Demanded |

## MOTION FOR ENTRY OF DEFAULT AS TO ELYRADICAL PRODUCTIONS, INC.

Plaintiff, Jonathan Alvarez Vega on behalf of his minor child, E.A.L., through the undersigned attorney, and hereby states and prays:

1. Under Federal Rule 55(a), the Clerk "must" enter an order of default against a party that fails to defend itself. Fed. R. Civ. P. 55(a).

2. Co-Defendant **ELYRADICAL PRODUCTIONS, INC.** was served with process by the United States Marshall on October 16, 2015 but failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiff respectfully requests the Clerk enter a default against Defendant Elyradical Productions, Inc., and for any additional relief the Court deems just and proper.

In San Juan, Puerto Rico, this 10th day of December 2015.

/S/JOSE CARLOS VELEZ-COLÓN, ESQ.
**USDC-PR No.: 231014**
jcvelezcolon@gmail.com

1

EDIFICIO JOAQUÍN MONTESINO
CALLE ROSSY ESQ. ISABEL II
SUITE 109-B BAYAMÓN, P.R. 00960

TEL: (787) 798-5233
FAX: (787) 798-5234

*Attorney for* Jonathan Alvarez Vega on behalf of his minor child, E.A.L.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT the undersigned counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 10th day of December, 2015.

Respectfully submitted,

**/S/JOSE CARLOS VELEZ-COLÓN, ESQ.**
**USDC-PR Núm.: 231014**
jcvelezcolon@gmail.com

EDIFICIO JOAQUÍN MONTESINO
CALLE ROSSY ESQ. ISABEL II
SUITE 109-B BAYAMÓN, P.R. 00960

TEL: (787) 798-5233
FAX: (787) 798-5234

*Attorney for*
*Jonathan Alvarez Vega on behalf of his minor child, E.A.L.*