Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JONATHAN ALVAREZ VEGA on behalf of his minor child, E.A.L.<br><br>Plaintiff,<br><br>v.<br><br>EVERTEC GROUP LLC; SMG PUERTO RICO L.P.; AUTORIDAD DEL DISTRITO DEL CENTRO DE CONVENCIONESDE PUERTO RICO; RE:CREATE GROUP, INC.; ELYRADICAL PRODUCTIONS, INC.; JOSE ANTONIO MELLADO GONZALEZ d/b/a FAMMA EVENTS;<br><br>Defendants, | CIVIL NO.:   15-2263 (JAG) |

**PROPOSED PARTIAL JUDGMENT**

By way of JointMotion the parties to this action have submitted to the Court a "Stipulation for Compromise, Settlement, Release of Claims and Dismissal Under Fed. R. Civ. P 41(a)(1)(A)(ii)" and a "Notice of Voluntary Dismissal with Prejudice". (Docket Nos. 31 and 32). The terms and conditions of the "Stipulation for Compromise, Settlement, Release of Claims and Dismissal Under Fed. R. Civ. P 41(a)(1)(A)(ii)" are hereby **APPROVED** and **ADOPTED,** and the same are made to form part of this Partial Judgment. The case is dismissed with prejudice against co-defendant Re:Create Group, Inc. The Court will retain jurisdiction to enforce the terms of the Stipulation

for Compromise, Settlement, Release of Claims and Dismissal and the Clerk is hereby ordered to enter Partial Judgment accordingly.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 2nd day of June, 2016.

                                                 $^S$/*Jay A. Garcia-Gregory*
                                                 **JAY A. GARCIA-GREGORY**
                                                 **U.S. District Judge**