IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Jonathan Alvarez-Vega<br>*on behalf of his minor child E.A.L.*,<br><br>**Plaintiff,**<br><br>v.<br><br>Evertec Group LLC,  *et al.*,<br><br>**Defendants.** | CIVIL NO. 15-2263 (JAG) |

## JUDGMENT

Pursuant to Plaintiff's Motion of Voluntary Dismissal, Docket No. 104, and this Court's Order, Docket No. 105, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case against all Defendants. The case is closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 12th day of April, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE